```
1  Cris C. Vaughan, Esq., SBN  99568
   VAUGHAN & ASSOCIATES
2  6207 South Walnut Street, Suite 800
   Loomis, CA  95650
3  Telephone:  916-660-9401
   Facsimile:  916-660-9378
4
   Attorney for Defendants, Janette Badie, Individually and dba
5  Just Us Girls; Angela Johnette Phillips, Individually and dba
   Bellezza Hair Studio; Parastoo Parsa, Individually and dba
6  Parastoo Parsa, DDS; Daniel H. Aslani, Individually and dba
   Daniel H. Aslani, DDS; and Craig R. Thurston
7
   Scott N. Johnson, Esq., SBN 166952
8  DISABLED ACCESS PREVENTS INJURY, INC
   5150 Fair Oaks Boulevard, Suite 101
9  PMB #253
   Carmichael, CA  95608
10 Telephone:  916-485-3516
   Facsimile:  916-481-4224
11
   Attorney for Plaintiff Scott N. Johnson
12
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>           Plaintiff,<br><br>     vs.<br><br>Janette Badie, Individually and dba Just Us Girls; al.,<br><br>           Defendants. | Case No. **2:10-cv-03487-MCE-EFB**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL APRIL 15, 2011 FOR DEFENDANTS TO RESPOND TO COMPLAINT; ORDER |

     Pursuant to Local Rule 144, Plaintiff Scott N. Johnson and Defendants, Janette Badie; Angela Johnette Phillips; Parastoo Parsa sued incorrectly herein as Parsa Parastoo; Daniel H. Aslani; and Craig R. Thurston, by and through their respective attorneys of record, Scott N. Johnson and Cris C. Vaughan, stipulate as follows:

STIPULATION RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. These Defendants are granted an extension until April 15, 2011 to respond or otherwise plead to Plaintiff's complaint.
3. These Defendants' response will be due no later than April 15, 2011.

IT IS SO STIPULATED effective as of March 1, 2011.

Dated:   March 1, 2011        /s/ Cris C. Vaughan
                              Cris C. Vaughan,
                              Attorney for Defendants,
                              Janette Badie; Angela
                              Johnette Phillips; Parsa
                              Parastoo; Daniel H.
                              Aslani and Craig R.
                              Thurston

Dated:   March 3, 2011        /s/ Scott N. Johnson
                              Scott N. Johnson
                              Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATE:   March 9, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE