SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Janette Badie, et al,<br><br>    Defendants | Case No. **2:10-cv-03487-MCE-EFB**<br><br>**ORDER DISMISSING DANIEL H. ASLANI WITHOUT PREJUDICE**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS HEREBY ORDERED THAT Defendant, Daniel H. Aslani is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Dated:   September 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE