SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Scott N. Johnson

Plaintiff;

vs.

Janette Badie, et al,

Defendants.

Case No.**2:10-cv-03487-MCE-EFB**

**PROPOSED ORDER RE: STIPULATION FOR DISMISSAL**

In accordance with the parties' stipulation, IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2). The matter having been resolved, the Clerk of Court is hereby directed to close the file.

Dated: April 9, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE